■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARDO GONZALEZ, Appellant. [857 NYS2d 516]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about January 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Andrias and Williams, JJ.